NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LENDINGTREE, LLC,**
*Plaintiff – Appellant,*

v.

**ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC.,**
*Defendants – Appellees.*

---

14-1435

---

Appeal from the United States District Court for the Western District of North Carolina in No. 3:10-cv-00439-FDW-DCK, Chief Judge Frank D. Whitney.

---

**O R D E R**

On consideration of the notice of appeal filed on April 22, 2014, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court for the Western District of North Carolina rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

                              FOR THE COURT

April 29, 2014                /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


cc: Clerk's Office, United States District Court for the Western District of North Carolina
Carolyn Chang
Stephen S. Korniczky
Kevin Andrew Lake