NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LENDINGTREE, LLC,**
*Plaintiff – Appellant,*

v.

**ZILLOW, INC. and NEXTAG, INC.,**
*Defendants - Cross-Appellants,*

**and**

**ADCHEMY, INC.,**
*Defendant.*

———————————

14-1435, -1531, -1532, 2015-1186

———————————

Appeals from the United States District Court for the Western District of North Carolina in No. 3:10-cv-00439-FDW-DCK, Chief Judge Frank D. Whitney.

———————————

## O R D E R

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Western District of North Carolina, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective December 9, 2014. The appellant's brief is due on February 9, 2015.

FOR THE COURT

December 9, 2014                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

cc: Clerk's Office, United States District Court for the Western District of North Carolina
Martin Bader
Christopher C. Campbell
Carolyn Chang
Thomas Joseph Friel Jr.
J. David Hadden
Stephen S. Korniczky
Kevin Andrew Lake
Michael Murphy
Lynn Pasahow
Saina S. Shamilov
Ryan Aftel Tyz