NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**LENDINGTREE, LLC,**
*Plaintiff-Appellant,*

**v.**

**ZILLOW, INC. AND NEXTAG, INC.,**
*Defendants-Cross-Appellants,*

**AND**

**ADCHEMY, INC.,**
*Defendant.*

———————————

2014-1435, -1531, -1532, 2015-1186

———————————

Appeals from the United States District Court for the Western District of North Carolina in No. 3:10-cv-00439-FDW-DCK, Chief Judge Frank D. Whitney.

———————————

**ON MOTION**

———————————

Before LOURIE, *Circuit Judge.*

**O R D E R**

LendingTree, LLC moves for a stay of the proceedings in these appeals pending this court's *en banc* rehearing of

*SCA Hygiene Products Aktibolag v. First Quality Products, LLC*, No. 13-1564. NexTag, Inc. and Zillow, Inc. oppose. Zillow asks that in the event the court grant's LendingTree's motion to stay, it sever and stay only LendingTree's appeal as to NexTag.

LendingTree asserts that staying this appeal would serve judicial economy because the court's decision in *SCA Hygiene Products* will directly impact an issue in the case—whether the district court erred in finding that laches barred LendingTree's patent infringement claims against NexTag. NexTag and Zillow respond that the district court's judgment relied on other grounds and that *SCA Hygiene Products* has "only potential and tangential relevance" to this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedules in 2014-1435, -1531, -1532, and 2015-1186 are stayed pending this court's final disposition in *SCA Hygiene Products*.

(2) The parties in these appeals are directed to inform this court within 14 days of the date of this court's final disposition in *SCA Hygiene Products* as to how they believe these appeals should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25