NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LENDINGTREE, LLC,**
*Plaintiff-Appellant*

v.

**ZILLOW, INC.,**
*Defendant-Cross-Appellant*

**NEXTAG, INC., ADCHEMY, INC.,**
*Defendants*

---

2014-1435, -1531, -1532, 2015-1186

---

Appeals from the United States District Court for the Western District of North Carolina in No. 3:10-cv-00439-FDW-DCK, Chief Judge Frank D. Whitney.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of LendingTree, LLC's unopposed motion to extend the deadline for filing its opening brief until September 14, 2015 and to extend the deadline for filing Zillow, Inc.'s opening brief until November 13, 2015,

2                                                                                    LENDINGTREE v. ZILLOW, INC.

IT IS ORDERED THAT:

The motion is granted.

               FOR THE COURT

               <u>/s/ Daniel E. O'Toole</u>
               Daniel E. O'Toole
               Clerk of Court

s25